UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
RICHARD DEMPSEY,

                               Plaintiff,

- against -

THE BRISTAL ASSISTED LIVING, ULTIMATE CARE
ASSISTED LIVING MANAGEMENT LLC d/b/a
ULTIMATE CARE MANAGEMENT, THE ENGEL
BURMAN GROUP LLC, a/k/a/ THE ENGEL BURMAN
GROUP, JOHN DOE # 1, and JOHN DOE #2,

                              Defendants.
------------------------------------------------------------------------X

CASE NO. 1:21-cv-04620

**STIPULATION AND
ORDER OF DISMISSAL**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff RICHARD DEMPSEY hereby voluntarily dismisses and discontinues all claims against Defendants in the above proceeding with prejudice.

    Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       November 14            , 2022

HACH & ROSE, LLP

*Evan Bane*
By: Evan Bane, Esq.
*Attorneys for Plaintiff*
112 Madison Avenue, 10th Floor
New York, New York 10016
(212) 779-0057

BARTLETT, LLP

By: Sherri A. Jayson, Esq.
*Attorneys for Defendants*
320 Carleton Avenue, Suite 7500
Central Islip, New York 11722
(516) 877-2900

SO ORDERED:

_____
HON. RAMON E. REYES
UNITED STATES DISTRICT JUDGE